IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST d/b/a MIJAC MUSIC; SONY/ATV SONGS LLC; MOW B'JOW MUSIC INC.; and TOWSER TUNES, INC.,<br><br>               Plaintiffs,<br><br>vs.<br><br>HEIDELBERG'S SOUTH, INC. d/b/a HEIDELBERG'S SPORTS BAR; and JOHN M. MCMANUS, and HOLLY D. MCMANUS, each individually,<br><br>               Defendants. | CASE NO. 8:12CV266<br><br><br><br>ORDER |

This matter is before the Court on the Suggestion of Bankruptcy (Filing No. 22) filed by Defendants Heidelberg's South, Inc. d/b/a Heidelberg's Sports Bar, John M. McManus, and Holly D. McManus. The Defendants represent, and the Court has confirmed through the PACER Service Center, http://pacer.psc.uscourts.gov, that they have filed petitions for relief in the United States Bankruptcy Court for the District of Nebraska, which have been consolidated under Case No. BK10-40983-TLS. *See also* Case Nos. BK10-41317-TLS, BK 10-41318-TLS. Pursuant to NEGenR 1.5(a), and 28 U.S.C. § 157, this matter will be referred to the United States Bankruptcy Court for the District of Nebraska. Accordingly,

IT IS ORDERED:

    1.    This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2.      This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska; and

3.      The Clerk of the Court for the District of Nebraska shall transmit the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

Dated this 28th day of September, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge